**LEWIS et al. v. GEDDES et al.   (No. 6213.)**

(Court of Civil Appeals of Texas. Austin. June 9, 1920.)

Appeal and error ☞753(2)—Where no errors assigned and no fundamental error appears, judgment affirmed.

Where the record contains no assignment of errors as required by statute under rule 23 (142 S. W. xii), the judgment must be affirmed, where the record does not disclose fundamental error.

Appeal from District Court, Lampasas County; F. M. Spann, Judge.

Action between H. F. Lewis and others and T. G. Geddes and others, and from a judgment therein, the former appeal. Affirmed.

W. H. Browning and Word & Walker, all of Lampasas, for appellants.

KEY, C. J. The record in this case is in a similar condition to the record in Lum Smith et al. v. Johnson et al., 221 S. W. 982, disposed of by this court at the present term, but not yet reported, and, for the reasons stated in the opinion filed in that case,

we cannot consider the questions presented in appellants' brief.

The record contains no assignment of errors, as required by statute, and therefore, as required by rule 23 (142 S. W. xii), it is our duty to affirm the judgment, unless the record discloses fundamental error.

We have discovered no such error, and therefore the judgment is affirmed.

Affirmed.